# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NANCY MELLIN ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-17737** |
| **ANTHONY DUDA ET AL.** | **SECTION "H"** |

## ORDER

Before the Court are Defendant National Union Fire Insurance Company's Motion to Continue Trial (Doc. 112) and Plaintiffs' Motion to Strike Defendants' Experts (Doc. 80). Defendant seeks a continuance of trial to allow for "additional time to await the Court's ruling on [Plaintiff's] *Daubert* motion, to evaluate and pursue any appellate options, and to adjust discovery and trial strategies."

Accordingly;

**IT IS ORDERED** that Plaintiffs' *Daubert* motion is **DENIED** with reasons to follow.

**IT IS FURTHER ORDERED** that in light of the above ruling, Defendant's stated reasons for a continuance are moot, and the Motion to Continue is **DENIED**.[1]

---

[1] Even so, this Court notes that it finds Defendant's reasons for the requested continuance less than compelling, especially because there is no option for immediate appeal of a ruling on a motion in limine. *See* 28 U.S.C. § 1291.

New Orleans, Louisiana this 18th day of March, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**